# Velva L. Price
## Travis County District Clerk
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



November 22, 2016

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

**RE: 03-16-00711-CV;     D-1-GN-15-000379**

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-15-000379 and Court of Appeals number 03-16-00711-CV, styled, *SALTWORKS VENTURES, INC. VS. RESIDENCES AT THE SPOKE, LLC & TRANSWESTERN DEVELOPMENT*, was due in your office November 17, 2016. This office has not received payment, affidavit of inability to pay, or a designation of clerk's record as of today, November 22, 2016.

Sincerely,

*Victoria Chambers*

Travis County Deputy District Clerk
Civil Division
Court Clerk assigned to Honorable Orlinda Naranjo
P.O. Box 679003
Austin, Texas 78767
512-854-8956

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax:  854-4744 | fax:  854-9549 | fax:  854-4566 | fax:  854-4457 |